SEYFARTH SHAW LLP
Andrew E. Saxon (SBN 227344)
asaxon@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Nichole T. Browning (SBN 251937)
nbrowning@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
RAYTHEON COMPANY (erroneously sued herein as RAYTHEON TECHNOLOGIES) and RTX Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES, an RTX Business, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-2398<br><br>(Orange County Superior Court, Case No. 30-2025-01495208-CU-WT-WJC)<br><br>Assigned to Judge Carmen Luege<br><br>**DECLARATION OF NICHOLE T. BROWNING IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**<br><br>Complaint Filed: July 7, 2025<br>Trial Date: None |

# DECLARATION OF NICHOLE T. BROWNING

I, Nichole T. Browning, declare and state as follows:

1. I am Counsel with Seyfarth Shaw, LLP, attorneys of record for Defendants Raytheon Company (erroneously sued herein as Raytheon Technologies) and RTX Corporation ("Defendants") in the above-referenced action. The following is within my personal knowledge and, if called upon to testify, I could and would do so competently. I know the facts testified to in this Declaration to be true based on my own personal knowledge and based on my review of the applicable files and documents maintained by our office in the ordinary course of business. I make this declaration in support of Defendants' Notice of Removal filed in the above-reference action.

2. On July 7, 2025, Plaintiff Amy Lee ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of Orange, entitled, *Amy Lee v. Raytheon Technologies, et al*, designated as Case No. 30-2025-01495208-CU-WT-WJC. On August 11, 2025, Plaintiff filed an Amendment to the Complaint adding RTX as a Defendant.

3. On August 13, 2024, Plaintiff served RTX with the Summons and Complaint, Civil Case Cover Sheet, Notice of Case Assignment, Amendment to the Complaint and Notice of Hearing Case Management Conference. True and correct copies of these documents served on RTX Corporation are attached as **Exhibit 1.**

4. Raytheon Company was not served with the Summons and Complaint, but consents to removal of this Action.

5. On September 11, 2025, Defendants Raytheon Company and RTX filed their Answer to the Complaint in Orange County Superior Court. A true and correct copy of Defendants' Answer filed in Orange County Superior Court is attached as **Exhibit 2**.

6. **Exhibits 1 and 2** constitute all of the pleadings served on any defendant and/or filed by any defendant in the state court action prior to the filing this Notice of Removal.

7. The only hearing currently scheduled in the Orange County Superior Court in the state court action is a Case Management Conference scheduled for December 12, 2025, in Department W-02 of the Orange County Superior Court.

8. Given the nature of the allegations in the Complaint, I anticipate that that the Parties will propound written discovery, that depositions will be taken in this case, and that Defendants will file a Motion for Summary Judgment.

9. Internet search results indicate that Plaintiff's home address is in Buena Park, California in Orange County, with no out of state addresses listed as current addresses. A true and correct copy of an internet background search for Plaintiff's address is attached as **Exhibit 3**.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 11th day of September, 2025 at Los Angeles, California.

Nichole T. Browning

# EXHIBIT 1

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/13/2025
CT Log Number 549861807

## Service of Process Transmittal Summary

**TO:** Donna Dorbuck
RTX Corporation
10 FARM SPRINGS RD, 10FS-2
FARMINGTON, CT 06032-2568

**RE:** **Process Served in California**

**FOR:** RTX Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: AMY LEE, an individual // To: RTX Corporation<br>Name discrepancy noted. |
| **DOCUMENT(S) SERVED:** | Amendment to Complaint, Summons, Complaint, Demand, Certificate(s), Notice |
| **COURT/AGENCY:** | Orange County - Superior Court - Westminster, CA<br>Case # 30202501495208CUWTWJC |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - 04/02/2025 |
| **PROCESS SERVED ON:** | C T Corporation System, GLENDALE, CA |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/13/2025 at 11:40 |
| **JURISDICTION SERVED:** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S)/SENDER(S):** | Orlando F. Cabanday<br>Cabanday Law Group<br>21151 S. Western Avenue, Suite 217<br>Torrance, CA 90501<br>310-997-2558 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/14/2025, Expected Purge Date: 08/19/2025<br><br>Image SOP<br><br>Email Notification, Donna Dorbuck donna.dorbuck@rtx.com<br><br>Email Notification, Cathy Bentley cathy.bentley@rtx.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>330 N BRAND BLVD<br>STE 700<br>GLENDALE, CA 91203<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |
| **REMARKS:** | The document(s) received have been modified to reflect the name of the entity being served. |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Aug 13, 2025
**Server Name:** Kirk Jackson

| | |
|---|---|
| Entity Served | RTX CORP |
| Case Number | 30-2025-01495208-CU-WT-WJC |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |

ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.: 168131
NAME: Orlando F. Cabanday
FIRM NAME: Cabanday Law Group
STREET ADDRESS: 21151 S. Western Suite 217
CITY: Torrance STATE: CA ZIP CODE: 90501
TELEPHONE NO.: 310.997.2558 FAX NO.: 310.984.1735
E-MAIL ADDRESS: orlando@cabandaylawgroup.com
ATTORNEY FOR (name): Amy Lee

*FOR COURT USE ONLY*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

JUSTICE CENTER:

☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701
☐ Harbor- Newport Beach Facility - 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North - 1275 N. Berkeley Ave., P. O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13th Street, Westminster, CA 92683-4593

PLAINTIFF: Amy Lee

DEFENDANT: Raytheon Technologies

CASE NUMBER: 30-2025-01495208-CU-WT-WJC

**AMENDMENT TO ☒ COMPLAINT ☐ CROSS-COMPLAINT**

Case assigned to:
Judge: Carmen Luegge
Department:
Date complaint filed:
Hearing/trial date:

**FICTITIOUS NAME UNDER SECTION 474, CODE OF CIVIL PROCEDURE (NO ORDER REQUIRED)**

I have discovered the true name of ☒ Doe 1 ☐ Roe ____ to be RTX Corp

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: August 11, 2025

Orlando F. Cabanday
(TYPE OR PRINT NAME)

*Orlando F. Cabanday*
(SIGNATURE OF PARTY OR ATTORNEY)

**INCORRECT NAME UNDER SECTION 473, CODE OF CIVIL PROCEDURE (ORDER REQUIRED)**

The complaint/cross-complaint incorrectly named the defendant/cross-defendant as ______________.

I have discovered the true name of the party to be ______________.

I request the complaint/cross-complaint be amended to reflect the true name wherever it appears in the pleading.

Date: ______________

(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY)

**ORDER**

The complaint/cross-complaint is amended to reflect the true name wherever it appears in the pleading.

Date: ______________

JUDICIAL OFFICER



For your protection and privacy please press the CLEAR THIS FORM button after you have printed the form

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**FOR COURT USE ONLY**
***(SOLO PARA USO DE LA CORTE)***

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***
RATHEON TECHNOLOGIES, An RTX Business, a California corporation; and DOES 1 through 10 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***
AMY LEE, an individual

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: West Justice Center
*(El nombre y dirección de la corte es):* 8141 13th Street
CL XXXXXXXXXXXXXXXXXXXXXXXXXXXX Westminster, CA 92683

CASE NUMBER: *(Número del Caso):* 30-2025-01495208-CU-WT-WJC
Assigned for All Purposes
Judge Carmen Luege

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Orlando F. Cabanday, 21151 S. Western Avenue, Suite 217, Torrance, CA 90501, Tel: 310-997-2558

DATE: *(Fecha)* 07/07/2025 DAVID H. YAMASAKI, Clerk of the Court Clerk, by *(Secretario)* [signature] C. Leon, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*

SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☑ as the person sued under the fictitious name of *(specify):* Doe 1
3. ☒ on behalf of *(specify):* RTX Corp

under: ☒ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☒ by personal delivery on *(date):* 8-13-25

Electronically Filed by Superior Court of California, County of Orange, 07/07/2025 03:15:15 PM.
30-2025-01495208-CU-WT-WJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By C. Leon, Deputy Clerk.

ORLANDO F. CABANDAY (SBN 168131)
orlando@cabandaylawgroup.com
**CABANDAY LAW GROUP**
21151 S. Western Avenue, Suite 217
Torrance, CA 90501
T: 310.997.2558
F: 310.984.1735

Attorney for Plaintiff,
**AMY LEE**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ORANGE**

| | |
|---|---|
| **AMY LEE,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**RATHEON TECHNOLOGIES, An RTX Business,** a California corporation; and **DOES 1 through 10, inclusive,**<br><br>Defendants. | CASE NO. 30-2025-01495208-CU-WT-WJC<br><br>Assigned for All Purposes Judge Carmen Luege<br><br>**COMPLAINT FOR:**<br><br>1. **Age Discrimination In Violation of Cal. Cal. Gov. Code §12940 Et. Seq.; and**<br>2. **Wrongful Termination In Violation Of Public Policy**<br><br>**DEMAND FOR JURY** |

Plaintiff Amy Lee ("Plaintiff") states and alleges as follows:

**THE PARTIES**

1. Plaintiff is a resident of Orange County and was employed by the defendant in the State of California within the jurisdiction of this Court. Plaintiff was, at all material times herein, an "employee" as defined by Section 12926I of the California Government Code as codified under the Fair Employment Housing Act ("FEHA.")

2. Plaintiff is informed and believes and based thereon alleges at all relevant times, Defendant is a DELAWARE Corporation with one of its places of business in Fullerton, California, Orange County. The discrimination and wrongful termination which forms the basis of this Complaint all occurred at Raytheon's Fullerton location in Orange County.

3. The true names and capacities of Defendants sued herein as Does 1 through 10, inclusive, are unknown to Plaintiff, but Plaintiff will amend this Complaint when and if the true names of said Defendants become known to her. Plaintiff is informed and believes and based thereon alleges that each of the Defendants sued herein as a Doe is responsible in some manner for the events and happenings herein set forth and proximately caused injury and damages, and any reference to "Defendant" shall mean "Defendant and each of them."

4. This action is brought pursuant to Government Code section 12900 et seq., and the corresponding FEHA regulations.

5. A right to sue letter was issued by the California Department of Fair Employment and Housing, for discrimination, and wrongful termination based on age.

6. Jurisdiction is proper in the Orange County Superior Court of the State of California pursuant to California Code of Civil Procedure § 410.10, and venue is proper in the County of Orange under California Code of Civil Procedure§ 395 (a) because among other reasons, the Defendants' acts and conduct giving rise to the Complaint took place in substantial part in Orange County, California; Plaintiff and Defendants reside or maintain his/their principal places of business in Orange County, California; and venue in this jurisdiction because the occurrences giving rise to this lawsuit occurred within this Court's jurisdiction. Venue in this Court is proper pursuant to Cal. Civ. Proc. Code §§ 395 and 395.5.

## RTX'S DISCRIMINATION AND WRONGFUL TERMINATION OF PLAINTIFF

7. Plaintiff, who is in her fifties, was an associate director for Raytheon from May 2019 to April 2025.

8. Throughout her tenure with Raytheon, Plaintiff received superlative reviews, pay raises and bonuses commiserate with her positive work performance for the company.

9. At no time before the acts giving rise to this complaint did Raytheon place Plaintiff on a performance improvement plan, write her up for negative work performance or reprimand her for any reason.

10. In or about March 2025, Plaintiff was advised that Plaintiff she attempt to locate new employment. When Plaintiff asked hy, she was told that Raytheon was laying off all the older higher paid employees to replace them with younger lower paid employees.

11. Plaintiff thought the manager was playing a joke on Plaintiff.

12. On April 2, 2025, Raytheon fired Plaintiff and several co-workers all over the age of 40. Plaintiff is informed and believes and based thereon that Plaintiff, and each of her co-workers were replaced by younger workers.

## FIRST CAUSE OF ACTION
## AGE DISCRIMINATION
## (Against All Defendants)

13. Plaintiff incorporates by reference the allegations of paragraphs set forth above.

14. At all times herein, California Government Code Sections 12940 et seq. were binding on Defendants. Under FEHA, it is an unlawful employment practice for an employer because of a person's age, to bar or discharge a person from employment, or otherwise discriminate against the employee on such basis.

15. Defendants terminated Plaintiff's employment due to her age.

16. As a direct and proximate cause of Plaintiff's age, Defendants discriminated against Plaintiff by terminating her employment.

17. As a proximate result of Defendants' wrongful actions, Plaintiff has suffered actual, consequential, and incidental financial losses, including without limitation loss of salary and

benefits, and the intangible loss of employment related opportunities in her field and damage to her reputation, in amounts all subject to proof at the time of trial, but no less than $3 million. Plaintiff requests all such damages under the Civil Code.

18. As a proximate result of Defendants' actions, Plaintiff has suffered and will continue to suffer emotional distress, humiliation, anxiety and embarrassment, as well as the manifestation of physical symptoms. Plaintiff's damages are subject to proof at the time of trial.

19. The acts taken toward Plaintiff were carried out by Defendants in a despicable, oppressive, fraudulent, malicious, deliberate, egregious and inexcusable manner and in such conscious disregard for the rights and safety of Plaintiff. Defendants' managing agents authorized, conditioned and ratified the unlawful condition of each other. Consequently, Plaintiff is entitled to an award of punitive damages.

**SECOND CAUSE OF ACTION**

**WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**

**(Against All Defendants)**

20. Plaintiff incorporates by reference the allegations of paragraphs set forth above.

21. Defendants terminated Plaintiff's employment due to her age.

22. As a direct and proximate cause of Plaintiff's age and sex, Defendants discriminated against Plaintiff by terminating her employment.

23. As a proximate result of Defendants' wrongful actions, Plaintiff has suffered actual, consequential, and incidental financial losses, including without limitation loss of salary and benefits, and the intangible loss of employment related opportunities in her field and damage to her reputation, in amounts all subject to proof at the time of trial, but not less than $3 million. Plaintiff requests all such damages under the Civil Code.

24. As a proximate result of Defendants' actions, Plaintiff has suffered and will continue to suffer emotional distress, humiliation, anxiety, and embarrassment, as well as the manifestation of physical symptoms. Plaintiff's damages are subject to proof at the time of trial, but not less than $3 million.

25. The acts taken toward Plaintiff were carried out by Defendants in a despicable,

oppressive, fraudulent, malicious, deliberate, egregious, and inexcusable manner and in such conscious disregard for the rights and safety of Plaintiff. Defendants' managing agents authorized, conditioned and ratified the unlawful condition of each other. Consequently, Plaintiff is entitled to an award of punitive damages.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays for judgment against Defendants, and each of them, according to proof, as follows:

1. For general and special damages, in a sum in excess of the minimum jurisdictional limit of this Court, according to proof at trial.
2. For statutory attorney's fees under FEHA and California's Labor Code.
3. For punitive damages.
4. For statutory penalties.
5. For interest at the maximum legal rate.
6. For costs of suit incurred herein; and
7. For such other and further relief as the Court may deem just and proper.

**CABANDAY LAW GROUP**

By: *Orlando F. Cabanday*

ORLANDO F. CABANDAY
Attorneys for Plaintiff
**AMY LEE**

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on the claims so triable.

DATED:

**CABANDAY LAW GROUP**

By: *Orlando F. Cabanday*

ORLANDO F. CABANDAY
Attorneys for Plaintiff
**AMY LEE**

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>West Justice Center<br>8141 13th Street<br>Westminster, CA 92683 | |
|---|---|
| SHORT TITLE: Lee vs. Ratheon Technologies, An RTX Business | |
| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER:<br>**30-2025-01495208-CU-WT-WJC** |

I certify that I am not a party to this cause. I certify that that the following document(s), Notice of Hearing OC, was transmitted electronically by an Orange County Superior Court email server on July 7, 2025, at 4:10:00 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

CABANDAY LAW GROUP
orlando@cabandaylawgroup.com

Clerk of the Court, by: Fred Acosta, Deputy

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 8141 13th STREET<br>MAILING ADDRESS: 8141 13th Street<br>CITY AND ZIP CODE: Westminster 92683<br>BRANCH NAME: West Justice Center | FOR COURT USE ONLY<br>FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>Jul 7, 2025<br><br>Clerk of the Court<br>By: C. Leon, Deputy |
|---|---|
| PLANTIFF: Amy Lee | |
| DEFENDANT: Ratheon Technologies, An RTX Business | |
| Short Title: LEE VS. RATHEON TECHNOLOGIES, AN RTX BUSINESS | |
| NOTICE OF HEARING<br>CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>30-2025-01495208-CU-WT-WJC |

**Please take notice that a(n), Case Management Conference has been scheduled for hearing on 12/12/2025 at 08:30:00 AM in Department W02 of this court, located at West Justice Center.**

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

**Clerk of the Court, By:** _______________ **, Deputy**

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

West Justice Center
8141 13th STREET
Westminster 92683

SHORT TITLE: LEE VS. RATHEON TECHNOLOGIES, AN RTX BUSINESS

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: 30-2025-01495208-CU-WT-WJC |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Westminster, California, on 07/07/2025. Following standard court practice the mailing will occur at Sacramento, California on 07/08/2025.

Clerk of the Court, by: ______________________, Deputy

CABANDAY LAW GROUP
21151 S WESTERN AVENUE # 217
TORRANCE, CA 90501

# EXHIBIT 2

SEYFARTH SHAW LLP
Andrew E. Saxon (SBN 227344)
asaxon@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Nichole T. Browning (SBN 251937)
nbrowning@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendants
RAYTHEON COMPANY (erroneously sued as
RAYTHEON TECHNOLOGIES) AND RTX CORP.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE

| | |
|---|---|
| AMY LEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON TECHNOLOGIES, an RTX Business, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 30-2025-01495208-CU-WT-WJC<br><br>**DEFENDANTS RAYTHEON COMPANY AND RTX CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: August 7, 2025<br>Judge: Hon. Carmen Luege<br>Trial Date: None Set |

Defendant Raytheon Company (erroneously sued as "Raytheon Technologies, an RTX Business") and Defendant RTX Corporation (collectively, "Defendants")[1] answer the unverified Complaint of Plaintiff Amy Lee ("Plaintiff") as follows:

[1] Plaintiff at no time was employed by a company known by the names of "Raytheon Technologies" or "Raytheon Technologies, an RTX Business" or "RTX Corporation"; rather, Plaintiff was at all times relevant to the Complaint an employee of Raytheon Company.

## GENERAL DENIAL

Pursuant to the provisions of California Code of Civil Procedure section 431.30(d), Defendants deny, generally and specifically, each and every allegation, statement, matter and each purported cause of action contained in Plaintiff's Complaint. Without limiting the generality of the foregoing, Defendants also deny, generally and specifically, that Plaintiff has been damaged in the manner or sums alleged, or in any way at all, by reason of any acts or omissions of Defendants, or either of them. Neither the erroneously named defendant, Raytheon Technologies, an RTX Business," nor defendant RTX Corporation, were Plaintiff's employer and therefore, are not proper defendants in this case.

## SEPARATE DEFENSES

In further answer to the Complaint, Defendants allege the following separate and distinct affirmative or additional defenses. In asserting these defenses, Defendants do not assume the burden of proof as to matters that, pursuant to law, are Plaintiff's burden to prove.

## FIRST DEFENSE

**(Failure To State Cause Of Action)**

1. Plaintiff's Complaint, and each and every cause of action purported to be alleged therein, fails to state facts sufficient to constitute a cause of action.

## SECOND DEFENSE

**(Statute Of Limitations)**

2. Plaintiff's Complaint, and each and every cause of action purported to be alleged therein, is barred by the applicable statute of limitations including, but not limited to, California Government Code sections 12960 and 12965; and California Code of Civil Procedure sections 335.1, 337, 338(a), 339(1), 340(a), and 343.

## THIRD DEFENSE

**(Estoppel)**

3. Defendants are informed and believe that Plaintiff is equitably estopped from asserting her claims for relief because Plaintiff by her own conduct, intentionally induced, caused, and/or contributed to the alleged conduct of Defendants of which Plaintiff now complains.

**FOURTH DEFENSE**

**(Laches)**

4. Plaintiff's Complaint and each and every cause of action purported to be alleged therein is barred in whole or in part by the doctrine of laches.

**FIFTH DEFENSE**

**(Unclean Hands)**

5. Plaintiff's Complaint, and every cause of action purported to be alleged therein, is barred by the doctrine of unclean hands.

**SIXTH DEFENSE**

**(Failure To Exhaust Administrative Remedies)**

6. Plaintiff's Complaint, and each and every cause of action purported to be alleged therein, is barred to the extent that she has failed to exhaust administrative remedies pursuant to California Code of Civil Procedure section 335.1, Government Code sections 12960, 12965, and all other applicable laws.

**SEVENTH DEFENSE**

**(Failure to Exhaust Internal Remedies/Avoidable Consequences)**

7. Plaintiff's employer exercised reasonable care to prevent and/or correct any unlawfully harassing, discriminatory, and/or retaliatory workplace conduct allegedly experienced by Plaintiff. Plaintiff's claims are barred, or alternatively her relief is limited, to the extent Plaintiff unreasonably failed to take advantage of any preventative or corrective opportunities provided by his employer or to avoid harm otherwise. *State Dept. of Health Servs. v. Superior Ct. of Sacramento County (McGinnis)*, 31 Cal. 4th 1026 (2000).

**EIGHTH DEFENSE**

**(Managerial Discretion)**

8. Any and all conduct of which Plaintiff complains, or which is attributed to Defendants, was a just and proper exercise of management discretion, at all times privileged and justified, and undertaken for fair and honest reasons, in good faith and without malice.

**NINTH DEFENSE**

**(After-Acquired Evidence)**

9. Plaintiff's claims for damages are barred to the extent she engaged in any fraud or misconduct of which Defendants were unaware until after Plaintiff filed suit, and which, if known would have caused Plaintiff to be terminated or not hired in the first place.

**TENTH DEFENSE**

**(Failure To State Claim For Punitive Damages)**

10. Plaintiff's Complaint fails to state facts sufficient to constitute a claim for punitive damages against Defendants pursuant to California Civil Code section 3294.

**ELEVENTH DEFENSE**

**(Punitive Damages)**

11. Plaintiff may not recover punitive damages for discriminatory employment decisions, if any, to the extent that those decisions are contrary to Defendants' written policies instituted against wrongful conduct.

**TWELFTH DEFENSE**

**(Constitutional Ban On Punitive Damages)**

12. Defendants are not liable for any alleged exemplary or punitive damages because such damages violate their rights under the United States and California Constitutions, including, but not limited to, its right to due process and against excessive fines.

**THIRTEENTH DEFENSE**

**(Same Decision)**

13. Plaintiff's remedies are limited and/or liability is precluded because Plaintiff's employer would have taken the same action, for legitimate, non-discriminatory reasons, in the absence of the alleged impermissible motivating factor(s).

**FOURTEENTH DEFENSE**

**(Legitimate Business Reasons/Mixed-Motive)**

14. To the extent that Plaintiff demonstrates her protected status or activity was a substantial motivating factor for any challenged employment action, Plaintiff's employer's actions were based on

legitimate, non-discriminatory, and/or non-retaliatory factors, and Plaintiff's employer would have taken the same action absent the substantial motivating factor. As a result, the court may not award Plaintiff damages, back pay, or order reinstatement. *Harris v. City of Santa Monica*, 56 Cal. 4th 203, 211 (2013).

**FIFTEENTH DEFENSE**

**(Not A Substantial Motivating Factor)**

15. Plaintiff's Complaint, and each claim alleged therein, are barred because her alleged age or purported protected conduct, or both, were not substantial motivating factors for any of Defendants' conduct or decisions concerning Plaintiff's employment, and Plaintiff's employer would have taken the legitimate action it did irrespective of Plaintiff's age or purported protected conduct.

**SIXTEENTH DEFENSE**

**(Outside Course and Scope of Agency or Employment)**

16. Plaintiff's Complaint, and each purported cause of action contained therein, is barred because any unlawful or wrongful acts, to the extent they exist, taken by Defendants' agents or employees were outside the course and scope of their authority and such acts, if any, were not authorized, ratified, or condoned by Defendants, nor did Defendants know, nor should have Defendants known, of such acts. Thus, Defendants are not liable for any such conduct, if it occurred, and Plaintiff cannot recover against Defendants for any loss, damages, or legal detriment so caused or so enhanced.

**SEVENTEENTH DEFENSE**

**(Failure To Exhaust Internal Remedies)**

17. The Complaint, and each purported cause of action contained therein, is barred because Defendants maintain policies prohibiting discrimination, harassment, and retaliation, and provide an internal procedure for complaint, investigation and remedial action, and Plaintiff had knowledge of the policy and failed to make an internal complaint and exhaust her internal remedies provided by her employer.

**EIGHTEENTH DEFENSE**

**(Failure To Mitigate Damages)**

18. Plaintiff is not entitled to back pay and/or other damages for any cause of action purported to be alleged in her Complaint to the extent that she failed to mitigate her alleged loss of wages or other damages.

**NINETEENTH DEFENSE**

**(Offset)**

19. To the extent Plaintiff has received other benefits and/or awards attributable to an injury for which she seeks compensation in this case, such benefits and/or awards should offset, in whole or in part, any award she receives here for the same injury.

**TWENTIETH DEFENSE**

**(Consent/Waiver)**

20. Plaintiff's Complaint, and each and every cause of action purported to be alleged therein, is barred in whole or in part by the doctrine of waiver.

**TWENTY-FIRST DEFENSE**

**(Workers' Compensation Preemption)**

21. Plaintiff's Complaint, and each cause of action attempted to be stated therein, arises from an employment relationship, such that any emotional distress or mental anguish allegedly suffered is barred by the exclusive remedy provided by California Labor Code sections 3600 *et. seq*., and cannot be compensated for in the present action.

**TWENTY-SECOND DEFENSE**

**(Avoidable Consequences)**

22. If any of Defendants' employees or agents engaged in unlawful discriminatory or retaliatory behavior towards Plaintiff, Defendants are not liable, or Plaintiff's damages must be reduced accordingly, because Defendants exercised reasonable care to prevent and correct promptly any discriminatory or retaliatory behavior, and Plaintiff unreasonably failed to avail herself of preventative and corrective opportunities provided by Defendants.

## TWENTY-THIRD DEFENSE

**(Not Proper Defendant)**

23. Raytheon Technologies Incorporated and RTX Corporation are not proper defendants herein, because they never employed Plaintiff.

## PRAYER

Wherefore, Defendants pray for judgment as follows:

1. That Plaintiff takes nothing for the Complaint;

2. That judgment be entered in favor of Defendants and against Plaintiff on all causes of action;

3. That Defendants be awarded reasonable attorneys' fees;

4. That Defendants be awarded its costs of suit incurred herein; and

5. That Defendants be awarded such other and further relief as the Court may deem appropriate.

DATED: September 11, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: ______________________
Andrew E. Saxon
Nichole T. Browning
Attorneys for Defendants

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) SS
COUNTY OF )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On September 11, 2025, I served the within document(s):

**DEFENDANTS RAYTHEON COMPANY AND RTX CORPORATION'S ANSWER TO PLAINTIFF'S COMPLAINT**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Orlando F. Cabanday, Esq.<br>Cabanday Law Group<br>21151 S. Western, Suite 217<br>Torrance, CA 90501<br>Telephone: (310) 997-2558<br>Facsimile: (310) 984-1735 | E-mail: orlando@cabandavlawgroup.com<br><br>Attorney for Plaintiff,<br>Amy Lee |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 11, 2025, at Los Angeles, California.

Joanie Morris

Joanie Morris

# EXHIBIT 3

## Table of Contents

**Person Summary** ........ 2
**At a Glance** ........ 2
**Name Variations, SSN Summary and DOBs** ........ 2
**Physical Description** ........ 2
**Address Summary (1 current, 7 prior)** ........ 3
**Phone Summary (4 phones)** ........ 4
**Voter Registrations (0 records found)** ........ 5
**Licenses (0 licenses)** ........ 5
**Driver Licenses - 0 licenses** ........ 5
**Other Licenses - 0 licenses** ........ 5
**Real Property (0 current, 4 prior)** ........ 5
**Personal Property (0 current, 2 prior)** ........ 8
**Possible Education (1 records found)** ........ 9
**Possible Criminal/Arrest (1 filings)** ........ 9
**Bankruptcy (0 active, 0 closed)** ........ 10
**Judgment / Liens (0 active, 0 closed)** ........ 10
**UCC Filings (0 debtor, 0 creditor)** ........ 10
**Associates (30 records)** ........ 10
**Possible Relatives - 1st Degree: 18, 2nd Degree: 0, 3rd Degree: 0** ........ 10
**Person Associates - 5 records found** ........ 12
**Neighbors - 6 records found** ........ 13
**Business Connections - 0 records found** ........ 15
**Possible Employers - 0 records found.** ........ 16
**Business Associates - 1 records found.** ........ 16
**Sources (117 sources)** ........ 16

LexisNexis

1 OF 1 RECORD(S)

# SmartLinx®Person Report

**Report Created:** 9-02-2025 9:12 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2025 LexisNexis, All rights reserved.

**Report created for:**Seyfarth Shaw LLP

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Lee, Amy H | [redacted]<br>Buena Park, CA 90620-3759<br>(Residential) | Orange | 714-827-9213 |
| **LexID** | **SSN** | **DOB** | **Email** |
| 0013-8900-6671 | [redacted]XXXX | [redacted]1965<br>(Age: 60)<br>(Female) | ahsklee@yahoo.com<br>amy@ifiprofessionals.com<br>amy@usc.edu<br>cantarella1@hotmail.com<br>johnjn@hotmail.com |

## At a Glance

| | | | |
|---|---|---|---|
| Real Property | 0 | Criminal/Arrest | 1 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 0 | Judgments/Liens | 0 |
| Business Connections | 0 | Foreclosure/Notice of Default | 0 |

## Name Variations, SSN Summary and DOBs

| Name Variations | SSN Summary | Reported DOBs |
|---|---|---|
| Amy, Hyesook Lee<br>Hyesook, Kim<br>Kim, Hye Sook<br>Kim, Hyesook<br>Lee John, Hye Sook<br>Lee, Amy Hye<br>Lee, Heysook<br>Lee, Hye Amy<br>Lee, Hye J<br>Lee, Hye Sook<br>Lee, Hyesook S<br>Lee, Hye-Sook Sook<br>Lee, Sook | [redacted]XXXX<br>Issued in California, 1982 | [redacted]1965<br>[redacted]1965 |

## Physical Description

**Address Summary (1 current, 7 prior)**

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 1. | [redacted]<br>Buena Park, CA 90620-3759<br>Orange County<br>(Residential) | Current | 03/1993 - 07/2025<br>(Current Residence) | |

**Possible Household Members**
Lee, Jennie J
Lee, John Joon

**Name Associated with Address**
Sung, Joon Young
Sung, Mi Kyung
Sung, Hyun Y

**Neighborhood Profile**
Average Age: 42
Median Household Income: $88,793
Median Home Value: $662,863
Average Years of Education: 12

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 2. | [redacted]<br>Cypress, CA 90630-2610<br>Orange County<br>(Residential) | Prior | 1993 - 10/2020 | |

**Possible Household Members**
Kim, Sook Ja
Lee, John Joon

**Neighborhood Profile**
Average Age: 44
Median Household Income: $141,500
Median Home Value: $847,255
Average Years of Education: 14

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 3. | [redacted]<br>Irvine, CA 92618-4990<br>Orange County<br>(Business, High-rise) (Newspaper facility) | Prior | 01/2020 | |

**Neighborhood Profile**
Average Age: 33
Median Household Income: $105,513
Median Home Value: $0
Average Years of Education: 15

| No. | Address | Status | To-From | Phone |
|---|---|---|---|---|
| 4. | [redacted]<br>La Palma, CA 90623-1176<br>Orange County<br>(Residential) | Prior | 10/1998 - 01/2003 | |

**Possible Household Members**
Lee, Hye Jin
Lee, Steve Jonghoon

**Neighborhood Profile**
Average Age: 41
Median Household Income: $61,607
Median Home Value: $717,532
Average Years of Education: 14

| | | | | |
|---|---|---|---|---|
| 5. | [redacted]<br>Cerritos, CA 90703-7503<br>Los Angeles County<br>(Residential) | Prior | 08/1989 - 09/1993 | |

**Possible Household Members**
Ala Lee, Po Wei
Kim, Ho
Kim, Seung Hwae
Kim, Sook Ja
Lee, Hye Jin
Lee, John Joon
Lee, Michelle Y
Lee, Poyao Jeff

**Neighborhood Profile**
Average Age: 50
Median Household Income: $107,576
Median Home Value: $772,508
Average Years of Education: 15

| | | | | |
|---|---|---|---|---|
| 6. | [redacted]<br>Huntington Beach, CA 92647-5442 | Prior | 02/1987 | |

**Neighborhood Profile**
Average Age: 37
Median Household Income: $72,518
Median Home Value: $441,463
Average Years of Education: 15

| | | | | |
|---|---|---|---|---|
| 7. | [redacted]<br>Santa Monica, CA 90402 | Prior | 02/1987 | |

**Possible Household Members**
Lee, Hye Jin

| | | | | |
|---|---|---|---|---|
| 8. | [redacted]<br>Santa Monica, CA 90405 | Prior | 02/1987 | |

**Neighborhood Profile**
Average Age: 42
Median Household Income: $72,283
Median Home Value: $735,000
Average Years of Education: 17

**Phone Summary (4 phones)**

| No. | Phone | To-From | Line Type | Listing Name | Carrier |
|---|---|---|---|---|---|
| 1. | 714-827-9213. | 12/2002 - 12/2021. | Landline. | SUNG MIKYUNG L. | PACIFIC BELL. |
| 2. | 714-458-1395. | 9/1995 - 7/2025. | Possible Wireless. | JOHN LEE. | ATT. |
| 3. | 714-827-1195. | 6/1985 - 4/2025. | Possible VoIP. | AMY H LEE. | BANDWITHCELLULAR. |
| 4. | 828-697-2411. | 12/2017 - 12/2017. | Possible VoIP. | AMY LEE. | PAETEC COMMUNICATIONS, INC.. |

**Voter Registrations (0 records found)**

**Licenses (0 licenses)**
**Driver Licenses - 0 licenses**
**Other Licenses - 0 licenses**

**Real Property (0 current, 4 prior)**

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 1. | [redacted]<br>Buena Park, CA 90620-3759<br>County/FIPS: ORANGE/06059<br>Source: B | Prior | | | CA |

**Owner Info**

**Lee, Hye Sook**

**Lee, John Joon**

[redacted]
Cypress, CA 90630-2610

**Legal Info**

Parcel Number: 069-473-18
Recording Date: 1993
Document Type: Assessor
Assessed Value: $232,581.00
Type of Address: Single Family Residential
Legal Description: N TR 2329 LOT 145

**Mortgage Info 1**

Recording Date: 11/17/2005
Contract Date: 11/06/2005

**Mortgage Info 2**

Loan Amount: $149,600.00
Lender Name: WESTERN CITIES MTG
Recording Date: 03/19/1993
Contract Date: 01/26/1993

**Mortgage Info 3**

Loan Amount: $149,600.00
Lender Name: WESTERN CITIES MTG
Recording Date: 03/19/1993
Contract Date: 01/26/1993

| No. | Address | Status | Purchase Price | Sale Price | State |
|---|---|---|---|---|---|
| 2. | [redacted]<br>Cypress, CA 90630-2610<br>County/FIPS: ORANGE/06059<br>Source: B | Prior | $233,000.00 | | CA |

**Owner Info**

**Lee, Hye Sook**

**Lee, John Joon**

[redacted]

Cypress, CA 90630-2610

**Legal Info**

Parcel Number: 244-064-37
Sale Price: $233,000.00
Recording Date: 08/25/1995
Document Type: Assessor
Assessed Value: $280,669.00
Type of Address: Single Family Residential
Legal Description: N TR 6559 LOT 12

**Mortgage Info 1**

Recording Date: 11/17/2005
Contract Date: 11/06/2005

**Mortgage Info 2**

Loan Amount: $180,000.00
Lender Name: CMG MTG INC
Loan Type: Unknown
Recording Date: 02/17/1999
Contract Date: 02/17/1999

**Mortgage Info 3**

Loan Amount: $186,400.00
Lender Name: GREAT WESTERN BANK
Recording Date: 08/25/1995
Contract Date: 08/21/1995

| | | | | | |
|---|---|---|---|---|---|
| 3. | [redacted]<br>Buena Park, CA 90620-3759<br>County/FIPS: ORANGE/06059<br>Source: A | Prior | $187,000.00 | | CA |

**Owner Info**

**Lee, Hye Sook**

**Lee, John Joon**

[redacted]

Cypress, CA 90630-2610

**Legal Info**

Parcel Number: 069-473-18
Assessment Year: 2004
Sale Price: $187,000.00
Recording Date: 03/19/1993
Document Type: Assessor
Assessed Value: $232,581.00
Type of Address: Sfr
Mortgage Lender Name: WESTERN CITIES INC
Legal Description: N TR 2329 LOT 145

**Mortgage Info 1**

Recording Date: 11/17/2005
Contract Date: 11/06/2005
Transaction Type: Nominal

**Mortgage Info 2**

Loan Amount: $149,600.00
Description: Grant Deed
Loan Type: Conventional
Recording Date: 03/19/1993
Contract Date: 03/19/1993
Transaction Type: Resale

| | | | | | |
|---|---|---|---|---|---|
| 4. | [redacted]<br>Cypress, CA 90630-2610<br>County/FIPS: ORANGE/06059<br>Source: A | Prior | $233,000.00 | | CA |

**Owner Info**

**Lee, Hye Sook**

**Lee, John Joon**

[redacted]
Cypress, CA 90630-2610

**Legal Info**

Parcel Number: 244-064-37
Assessment Year: 2004
Sale Price: $233,000.00
Recording Date: 08/25/1995
Document Type: Assessor
Assessed Value: $280,669.00
Type of Address: Sfr
Mortgage Lender Name: SIERRA WSTRN MTG CO
Legal Description: N TR 6559 LOT 12

**Mortgage Info 1**

Recording Date: 11/17/2005
Contract Date: 11/06/2005

Transaction Type: Nominal

### Mortgage Info 2

Loan Amount: $186,400.00
Description: Grant Deed
Loan Type: Conventional
Recording Date: 08/25/1995
Contract Date: 08/25/1995
Transaction Type: Resale

## Personal Property (0 current, 2 prior)

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|---|---|---|---|---|---|---|
| 1. | MVR | Prior | 2000 Honda | Odyssey, Sport Van | 2HKRL1851YH539228 | Non-Governmental |

### Vehicle Information

VIN: 2HKRL1851YH539228
Model Year: 2000
Make: Honda
Model: Odyssey
Series: LX
Class/Type: Passenger Car/Light Truck
Body Style: Sport Van
State of Origin: CA
Base Price: $23,400.00

### Source Information

Data Source: NON-GOVERNMENTAL
Source First Seen: 12/01/2008
Source Last Seen: 12/01/2008

### Owner 1

**Lee, Hye-Sook**

[redacted]
Cypress, CA 90630-2610
Dob: [redacted]1965

| No. | Type | Status | Year/Make | Model | VIN | Jurisdiction |
|---|---|---|---|---|---|---|
| 2. | MVR | Prior | 2011 Toyota | Venza, 4 Dr Wagon Sport Utility | 4T3ZK3BB4BU041277 | Non-Governmental |

### Vehicle Information

VIN: 4T3ZK3BB4BU041277
Model Year: 2011
Make: Toyota
Model: Venza
Class/Type: Passenger Car/Light Truck

Body Style: 4 Dr Wagon Sport Utility
State of Origin: CA
Base Price: $28,950.00

### Source Information

Data Source: NON-GOVERNMENTAL
Source First Seen: 05/27/2013
Source Last Seen: 03/08/2014

### Owner 1

### Lee, Amy N

[redacted]
Cypress, CA 90630-2610
Dob: [redacted]1965

### Possible Education (1 records found)

| No. | School | To-From | Level |
|---|---|---|---|
| 1. | | 08/24/2016 - 08/24/2016 | |

### Personal Information

Name: Lee, Amy
Address: [redacted]
Cypress, CA 90630-2610
Date of Birth: [redacted]1965
SSN: [redacted]XXXX
LexID: 0013-8900-6671
Attended High School: Yes
High School Graduation Year: 1983
Years Since HS Graduation: 42
Is Current Student: True

### Possible Criminal/Arrest (1 filings)

| No. | Name | Type | Offense | Date | State |
|---|---|---|---|---|---|
| 1. | Lee, Amy Hye | Criminal | Citation | 11/17/2005 | California |

### Personal Information

Data Source: Criminal Court
Date of Birth: [redacted]1965
SSN: [redacted]XXXX
LexID: 0013-8900-6671
Address: CA
Offender Id: CH1589997290330403429T34709820051117
County: ORANGE
Filing Date: 11/17/2005
Origin State: California

**Offense 1**

Categories: TRAFFIC
Case Number: T347098
Case Type: NON-CRIMINAL
Case Filing Date: 11/17/2005
Court Disposition: Status:CASE DISPOSED 20051221
Court Disposition Date: 12/13/2005
Court Level/Degree: INFRACTION
Court Offense: CITATION

**Bankruptcy (0 active, 0 closed)**

**Judgment / Liens (0 active, 0 closed)**

**UCC Filings (0 debtor, 0 creditor)**

**Associates (30 records)**

**Possible Relatives - 1st Degree: 18, 2nd Degree: 0, 3rd Degree: 0**

| No. | First Degree Relatives | Address | Phone |
|---|---|---|---|
| 1. | Lee, John Joon (Possible Husband)<br>• AKA Lee, J<br>• AKA Ee, John L<br>SSN: [redacted]XXXX<br>LexID: 0007-3291-7729<br>DOB: [redacted]1964<br>(Age: 61) | [redacted]<br>Cypress, CA 90630-2610 | 714-827-9213 |
| | **First Degree Relative** | | |
| 2. | Kim, Sook Ja (Possible Mother)<br>SSN: [redacted]XXXX<br>LexID: 0013-8942-0832<br>DOB: [redacted]1942 - 06/30/2025 (DOD)<br>(Age at Death: 83)<br>Deceased | [redacted]<br>Cypress, CA 90630-2610 | |
| | **First Degree Relative** | | |
| 3. | Lee, Hye Jin<br>• AKA Kim, Hye Jin<br>• AKA Jin, Lee Hye<br>• AKA Lee, Hye Sook<br>• AKA Kim, Hye S<br>• AKA Lee, Hyejin<br>• AKA Hyesook, Lee<br>SSN: [redacted]XXXX<br>LexID: 0012-0311-1721<br>DOB: [redacted]1969<br>(Age: 56) | [redacted]<br>Brea, CA 92823-1052 | |
| | **First Degree Relative** | | |
| 4. | Lee, Charis<br>LexID: 2388-6584-2728<br>DOB: [redacted]2001<br>(Age: 23) | [redacted]<br>Brea, CA 92823-1052 | |

| | | | |
|---|---|---|---|
| | **First Degree Relative** | | |
| 5. | Kim, Ho (Possible Brother)<br>• AKA Kim, Ho<br>• AKA Ho, Kim<br>LexID: 0011-4091-1996<br>DOB: 1968<br>(Age: 57) | [redacted]<br>Cerritos, CA 90703-7503 | |
| | **First Degree Relative** | | |
| 6. | Kim, Seung Hwae (Possible Father)<br>• AKA Hwae, Kim Seung<br>SSN: [redacted]XXXX<br>LexID: 0013-8927-1057<br>DOB: [redacted]1930 - 04/24/1995 (DOD)<br>(Age at Death: 64)<br>Deceased | [redacted]<br>Cerritos, CA 90703-7503 | |
| | **First Degree Relative** | | |
| 7. | Park, Sung Ja<br>• AKA Lee, Anna S J<br>• AKA Lee, Sung Ja<br>• AKA Ja Lee, Anna Sung<br>• AKA Park, Anna<br>• AKA J, Sung Ja<br>• AKA Park, Sung Su<br>• AKA Sung Ja, Lee Anna<br>SSN: [redacted]XXXX<br>LexID: 0014-8874-9405<br>DOB: [redacted]1942<br>(Age: 82) | [redacted]<br>Seal Beach, CA 90740-3770 | |
| | **First Degree Relative** | | |
| 8. | Lee, Franklin J<br>• AKA Lee, F J<br>SSN: [redacted]XXXX<br>LexID: 0014-8913-4680<br>DOB: [redacted]1965<br>(Age: 59) | [redacted]<br>Long Beach, CA 90805-2847 | 310-372-4324 |
| | **First Degree Relative** | | |
| 9. | Lee, Kyung Hak<br>• AKA Lee Yr, Kyung H<br>• AKA Yr, Kyung H Lee<br>• AKA Hak, Lee Kyung<br>SSN: [redacted]XXXX<br>LexID: 0014-9118-0528<br>DOB: [redacted]1936<br>(Age: 89) | [redacted]<br>Bellflower, CA 90706-4340 | |
| | **First Degree Relative** | | |
| 10. | Lee, Jennie J<br>• AKA Sung, Jennie<br>• AKA Jennie, Sung<br>LexID: 0136-1787-4948<br>DOB: [redacted]1986<br>(Age: 39) | [redacted]<br>Los Angeles, CA 90019-6344 | 714-827-9213 |
| | **First Degree Relative** | | |
| 11. | Lee, Stephen M<br>• AKA Lee, Stephen N<br>• AKA Lee, Stephen Sangmin<br>• AKA Lee, Stephen-Sangmin<br>SSN: [redacted]XXXX<br>LexID: 0014-9221-2157<br>DOB: [redacted]1979<br>(Age: 45) | [redacted]<br>Los Angeles, CA 90019-6344 | |

| | | | |
|---|---|---|---|
| | **First Degree Relative** | | |
| 12. | Lee, Anna Jong<br>SSN: [redacted]XXXX<br>LexID: 0489-3911-5150 | [redacted]<br>Buena Park, CA 90621-1394 | 657-378-9870 |
| | **First Degree Relative** | | |
| 13. | Lee, Poyao Jeff<br>• AKA Poyao, Jeff Lee<br>• AKA Poyao, Lee J<br>• AKA Lee, Payao<br>SSN: [redacted]XXXX<br>LexID: 0014-9216-7970<br>DOB: [redacted]1978<br>(Age: 47) | [redacted]<br>Cerritos, CA 90703-7503 | |
| | **First Degree Relative** | | |
| 14. | Ala Lee, Po Wei<br>• AKA Lee, Po Wei<br>• AKA Lee Powei, Alan A<br>• AKA Wei, Po<br>• AKA Lee, Po-Wei Alan<br>• AKA Lee, Wei<br>SSN: [redacted]XXXX<br>LexID: 0014-9299-2320<br>DOB: [redacted]1977<br>(Age: 48) | [redacted]<br>Cerritos, CA 90703-7503 | |
| | **First Degree Relative** | | |
| 15. | Lee, Michelle Y<br>• AKA Yang, Michelle Y<br>SSN: [redacted]XXXX<br>LexID: 0027-8011-7568<br>DOB: [redacted]1980<br>(Age: 45) | [redacted]<br>Cerritos, CA 90703-7503 | |
| | **First Degree Relative** | | |
| 16. | Lee, Steve Jonghoon<br>• AKA Lee, Steven J<br>SSN: [redacted]XXXX<br>LexID: 0014-9365-8283<br>DOB: [redacted]1966<br>(Age: 58) | [redacted]<br>Brea, CA 92823-1052 | |
| | **First Degree Relative** | | |
| 17. | Lee, Jae Hwa<br>• AKA Lee, Jaehwa<br>SSN: [redacted]XXXX<br>LexID: 0014-9008-6485<br>DOB: [redacted]1954<br>(Age: 70) | [redacted]<br>Los Angeles, CA 90006-3203 | |
| | **First Degree Relative** | | |
| 18. | Lee, Simon Kyu<br>• AKA Lee, Stmon K<br>• AKA Simon, Lee<br>SSN: [redacted]XXXX<br>LexID: 0014-9377-1748<br>DOB: [redacted]1950<br>(Age: 75) | [redacted]<br>Los Angeles, CA 90006-3203 | |

**Person Associates - 5 records found**

| No. | Full Name | Address | Role |
|---|---|---|---|
| 1. | Sung, Joon Young<br>SSN: [redacted]-XXXX | [redacted]<br>Buena Park, CA 90620-3759 | Associate |

| | | | |
|---|---|---|---|
| | LexID: 0024-6678-9687<br>DOB: [redacted]1949 | 714-827-9213 | |
| 2. | Sung, Mi Kyung<br>SSN: [redacted]XXXX<br>LexID: 0024-6719-1817<br>DOB: [redacted]1952 | [redacted]<br>Hawaiian Gardens, CA 90716-2269 | Associate |
| 3. | Sung, Hyun Y<br>LexID: 0136-1795-0507 | [redacted]<br>Buena Park, CA 90621-1394 | Associate |
| 4. | Sung, Hae Jean<br>SSN: [redacted]-XXXX<br>LexID: 0024-6585-1578<br>DOB: [redacted]1947 | [redacted]<br>Los Angeles, CA 90018-1976 | Associate |
| 5. | Sung, Hae Kyung<br>LexID: 0543-7270-4154 | [redacted]<br>Los Angeles, CA 90008-1756 | Associate |

**Neighbors - 6 records found**

Found Near: 6660 San Haroldo Way
Buena Park, CA 90620-3759 - 6 records found

| No. | Full Name | Address | Phone |
|---|---|---|---|
| 1. | **De Aguilar, Gloria A**<br>SSN: [redacted]XXXX<br>LexID: 0000-1822-8376<br>DOB: [redacted]1964<br>(Age: 61)<br>**Aguilera, Rafael R**<br>SSN: [redacted]XXXX<br>LexID: 0000-1859-1942<br>DOB: [redacted]1969<br>(Age: 55)<br>**Cameron, Annette M**<br>SSN: [redacted]XXXX<br>LexID: 0001-2251-0553<br>DOB: [redacted]1954<br>(Age: 71)<br>**Cameron, Frederick Alanzo Sr**<br>SSN: [redacted]XXXX<br>LexID: 0003-5467-4805<br>DOB: [redacted]1914 - 04/29/1999 (DOD)<br>(Age at Death: 84)<br>Deceased<br>**Wirtz, Walter W**<br>LexID: 0425-7832-2156<br>**Aguilar, Jessica**<br>LexID: 1617-3106-5147 | [redacted]<br>Buena Park, CA 90620-3759 | |

| | | | |
|---|---|---|---|
| | **Regalado, Mauricio G**<br>LexID: 1915-6083-7759<br><br>**Aguilar, Rafael**<br>LexID: 1928-0816-0607<br><br>**Aguilar, Rafael**<br>LexID: 2393-7533-2386<br>DOB: [redacted]1998<br>(Age: 27) | | |
| 2. | **Truong, Anh A**<br>SSN: [redacted]XXXX<br>LexID: 0025-6214-6765<br>DOB: [redacted]1958<br>(Age: 67)<br>**Kim, Jae Hee**<br>LexID: 1574-4141-5464<br><br>**Nguyen, Catherine**<br>LexID: 1608-6622-7078<br>DOB: [redacted]1991<br>(Age: 34)<br>**Sung, Jiyoon**<br>LexID: 1898-7527-4239<br><br>**Nguyen, Christopher N**<br>LexID: 1924-1823-9589 | [redacted]<br>Buena Park, CA 90620-3759 | |
| 3. | **Chagani, Asim S**<br>SSN: [redacted]XXXX<br>LexID: 0000-8987-2698<br>DOB: [redacted]1951<br>(Age: 74)<br>**Chagani, Mumtaz Mary**<br>SSN: [redacted]XXXX<br>LexID: 0004-0991-9039<br>DOB: [redacted]1955<br>(Age: 69)<br>**Chagani, Khuram**<br>LexID: 0636-2278-1254 | [redacted]<br>Buena Park, CA 90620-3759 | |
| 4. | **Thurnall, Nancy Elaine**<br>SSN: [redacted]XXXX<br>LexID: 0017-1504-0778<br>DOB: [redacted]1934 - 05/13/2006 (DOD)<br>(Age at Death: 72)<br>Deceased | [redacted]<br>Buena Park, CA 90620-3759 | |

| | | | |
|---|---|---|---|
| | **Meyer, William Edward**<br>SSN: [redacted]XXXX<br>LexID: 0017-1538-8740<br>DOB: [redacted]1931 - 09/06/2011 (DOD)<br>(Age at Death: 80)<br>Deceased<br>**Meyer, Syndie Bachman**<br>SSN: [redacted]XXXX<br>LexID: 0017-1552-1639<br>DOB: [redacted]1957<br>(Age: 68) | | |
| 5. | **Hurtado, Wayne Sheldon**<br>SSN: [redacted]XXXX<br>LexID: 0010-7188-9218<br>DOB: [redacted]1970<br>(Age: 55)<br>**Linnell, Christina Sue**<br>SSN: [redacted]XXXX<br>LexID: 0015-2526-1805<br>DOB: [redacted]1969<br>(Age: 55)<br>**Person, Jerre Francell**<br>SSN: [redacted]XXXX<br>LexID: 0019-5805-0140<br>DOB: [redacted]1944 - 12/19/2007 (DOD)<br>(Age at Death: 63)<br>Deceased<br>**Santisteven, Paul Richard Jr.**<br>SSN: [redacted]XXXX<br>LexID: 0022-5138-0269<br>DOB: [redacted]1957 - 09/15/2022 (DOD)<br>(Age at Death: 65)<br>Deceased | [redacted]<br>Buena Park, CA 90620-3759 | |
| 6. | **Bruce, Michael E**<br>SSN: [redacted]XXXX<br>LexID: 0003-0667-7141<br>DOB: [redacted]1961<br>(Age: 63)<br>**Bruce, Lucille Adele**<br>SSN: [redacted]XXXX<br>LexID: 0003-0738-4328<br>DOB: [redacted]1938 - 09/14/2022 (DOD)<br>(Age at Death: 83)<br>Deceased | [redacted]<br>Buena Park, CA 90620-3759 | |

**Business Connections - 0 records found**

**Possible Employers - 0 records found.**

**Business Associates - 1 records found.**

| No. | Name | Address | Role |
|---|---|---|---|
| 1. | LEE FAMILY TRUST | [redacted]<br>Cypress, CA 90630-2610 | Real Property |

**Sources (117 sources)**

| All Sources | 117 Source Documents |
|---|---|
| Criminal | 1 Source Documents |
| Deed Transfers | 10 Source Documents |
| Email Addresses | 36 Source Documents |
| Historical Person Locator | 10 Source Documents |
| Motor Vehicle Registrations | 2 Source Documents |
| Person Locator 1 | 3 Source Documents |
| Person Locator 2 | 12 Source Documents |
| Person Locator 5 | 19 Source Documents |
| PhonesPlus Records | 5 Source Documents |
| Student Locator | 1 Source Documents |
| Tax Assessor Records | 18 Source Documents |

Key

High Risk Indicator. These symbols may prompt you to investigate further.

Moderate Risk Indicator. These symbols may prompt you to investigate further.

General Information Indicator. These symbols inform you that additional information is provided.

The most recent telephone listing as reported by Electronic Directory Assistance.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: Litigation
Your Secondary DPPA Permissible Use: None
Your GLBA Permissible Use: Persons with a Legal or Beneficial Interest Regarding a Consumer

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

End of Document

## PROOF OF SERVICE

STATE OF CALIFORNIA )
) SS
COUNTY OF )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On September 12, 2025, I served the within document(s):

**DECLARATION OF NICHOLE T. BROWNING IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Orlando F. Cabanday, Esq.<br>Cabanday Law Group<br>21151 S. Western, Suite 217<br>Torrance, CA 90501<br>Telephone: (310) 997-2558<br>Facsimile: (310) 984-1735 | E-mail: orlando@cabandaylawgroup.com<br>william@cabandaylawgroup.com<br><br>Attorney for Plaintiff,<br>Amy Lee |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 12, 2025, at Los Angeles, California.

Joanie Morris
Joanie Morris