Orlando F. Cabanday CA Bar No. 168131
orlando@cabandaylawgroup.com
**CABANDAY LAW GROUP**
21151 S. Western Avenue, Suite 217
Torrance, CA 90501
Telephone: 310-997-2558
Facsimile: 310-984-1735

Attorney for Plaintiff
AMY LEE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

AMY LEE, an individual,

Plaintiff,

v.

RAYTHEON TECHNOLOGIES, An RTX Business, a California corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No. 5:25−cv−02398−KK−BFM

**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT**

Plaintiff Amy Lee ("Plaintiff") and Defendant Raytheon Company ("Defendant") submit this Joint Status Report and Notice of Settlement pursuant to the Court's September 22, 2026 Order (Dkt. 26).

The parties participated in a private mediation on November 10, 2026, before William O. Kampf of WK Mediation. Following the mediation, the Parties have reached a settlement in principle, and are working diligently to document the settlement in a confidential written settlement agreement.

In light of the settlement, the Parties respectfully request that the Court vacate all pending deadlines and hearing dates. Should a dismissal not be filed within sixty (60) days, the Parties will file a further joint status report.

Dated: November 16, 2026 **CABANDAY LAW GROUP**

By: /s/ Orlando F. Cabanday
Orlando F. Cabanday
Attorney for Plaintiff

Dated: November 16, 2026 **SEYFARTH SHAW LLP**

By: /s/ Nichole T. Browning
Nichole T. Browning
Attorney for Defendant

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Orlando F. Cabanday, attest that Nichole T. Browning, counsel for Defendant, on whose behalf this filing is also submitted, concurs in this filing's content and has authorized its filing, and that I have applied her electronic signature with her permission.

/s/ Orlando F. Cabanday